IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
1:08CV13-03-MU

| | |
|---|---|
| DANNY RAY BRIDGES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| KEITH BYERS; CHAD MURRAY; KELLY ) | |
| ALDRIDGE; JOHN DOES ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** comes before the Court on the Plaintiff's Complaint pursuant to 42 U.S.C. § 1983. Also before the Court is Plaintiff's request for reconsideration of this Court's Order dismissing Defendant Byers. In his Complaint Plaintiff alleges that on January 9, 2005 he was arrested by Rutherford County Sheriff's Deputies Chad Murray and Kelly Aldridge. Plaintiff further alleges that during such arrest both deputies beat him in the face with a heavy flashlight or a baton and lifted him off the ground by his handcuffs, causing him actual injuries including permanent disfigurement and permanent disability. Plaintiff also names an unspecified number of John Does as defendants, claiming that from January 9, 2005 to January 15, 2005 they refused him "prescribed" medical treatment at the Rutherford County Jail despite his request for treatment. Petitioner alleges that these John Does were deputies employed by the jail who made "rounds" and delivered his food. Petitioner alleges that during this time period, he "laid bleeding, and in severe pain" and that he "beg[ged] these deputies for help."

Given that Plaintiff does not have the names of the deputies that he alleges failed to

provide him with medical treatment, this Court directs the Sheriff to produce the duty rosters for the Rutherford County Jail for the period of time from January 9, 2005 to January 15, 2005 which reflects the officers who were working at the jail making "rounds" and delivering food to the Plaintiff. The Sheriff is also directed to notify the Court whether such duty rosters accurately reflect the officers on duty during the relevant time period.

With respect to Plaintiff's request for reconsideration of this Court 's Order dismissing Defendant Byers, Plaintiff asks for reconsideration stating that he "now asserts that Byers knew his employees were assaulting detainess and were ignoring inmate medical needs, amounting to deliberate indifference." However, Plaintiff's bare conlcusory allegations do not support such a claim and therefore, Plaintiff's motion for reconsideration is denied.

THEREFORE, IT IS HEREBY ORDERED that:

(1) Plaintiff's Motion for Reconsideration of this Court's Order dismissing Defendant Byers is denied;

(2) The Rutherford County Sheriff is directed to produce a copy of the duty rosters for Rutherford County Jail for the period of time from January 9, 2005 to January 15, 2005 which reflects the officers who were working at the jail making "rounds" and delivering food to the Plaintiff. The Sheriff is also directed to notify the Court whether such duty rosters accurately reflect officers on duty during the relevant time period. Such duty rosters shall be submitted to the Court no later than thirty (30) days from the date of this Order;

(3) The Sheriff is further directed to produce copies of any grievances filed by Plaintiff during this time period requesting medical attention for his injuries; and

(4) **The Clerk shall serve a copy of this Order on the Sheriff of Rutherford**

**County.**

**SO ORDERED**.

Signed: January 28, 2008

Graham C. Mullen
United States District Judge