IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV13-03-MU

| | |
|---|---|
| DANNY RAY BRIDGES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEITH BYERS; CHAD MURRAY; KELLY )<br>ALDRIDGE; JOHN DOES )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court on its own motion. On January 7, 2008 Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 alleging that on January 9, 2005 he was arrested by Rutherford County Sheriff's Deputies Chad Murray and Kelly Aldridge and that during such arrest both deputies beat him in the face with a heavy flashlight or a baton and lifted him off the ground by his handcuffs, causing him actual injuries including permanent disfigurement and permanent disability. Plaintiff also names an unspecified number of John Does as defendants, claiming that from January 9, 2005 to January 15, 2005 they refused him medical treatment at the Rutherford County Jail despite his request for treatment. Petitioner alleges that these John Does were deputies employed by the jail who made "rounds" and delivered his food. Petitioner alleges that during this time period, he "laid bleeding, and in severe pain" and that he "beg[ged] these deputies for help."

On January 28, 2008, this Court directed the Sheriff to produce the duty rosters for the Rutherford County Jail for the period of time from January 9, 2005 to January 15, 2005. The

Rutherford County Sheriff, through counsel, has complied with the Court's Order and served a copy of the responsive documents on the Plaintiff. Therefore, Plaintiff now has twenty (20) days within which to amend his Complaint to reflect the names of the John Does who refused him medical treatment at the Rutherford County Jail despite his request for treatment. Failure to name the John Does will result in the dismissal of this claim.

THEREFORE, IT IS HEREBY ORDERED that:

(1) Plaintiff shall amend his Complaint within twenty days of the date of this Order to reflect the names of the John Does who refused him medical treatment from January 9, 2005 to January 15, 2005.

(2) The Clerk shall serve a copy of this Order on the Plaintiff and shall also serve Plaintiff with a copy of document number 10.

**SO ORDERED**.

Signed: March 3, 2008

Graham C. Mullen
United States District Judge