IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV13-03-MU

DANNY RAY BRIDGES,            )
                              )
        Plaintiff,            )
                              )
    v.                        )
                              )        **O R D E R**
CHAD MURRAY, et al.,          )
                              )
        Defendants.           )
                              )

**THIS MATTER** comes before the Court on Defendants' Motion to Compel Discovery (Doc. No. 24) filed August 22, 2008.

On January 7, 2008 Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 alleging that on January 9, 2005 he was arrested by Rutherford County Sheriff's Deputies Chad Murray and Kelly Aldridge and that during such arrest both deputies beat him in the face with a heavy flashlight or a baton and lifted him off the ground by his handcuffs, causing him actual injuries including permanent disfigurement and permanent disability.

Plaintiff put his medical condition in issue by claiming that he was injured during his arrest on January 9, 2005. As such, on August 1, 2008, defense counsel, in an effort to ascertain the documentation regarding the nature and extent of Plaintiff's injuries, sent Plaintiff a medical records release authorization for him to sign and return to defense counsel. Plaintiff has not returned the medical release to defense counsel. Defense counsel now asks this Court to direct Plaintiff to sign and return the medical release. The Court will grant Defendants' request and

1

directs the Plaintiff to sign the medical release form and mail it back to defense counsel. If Plaintiff fails to do so within fifteen days of the date of this Order, Plaintiff's Complaint will be dismissed.

**ORDER**

**NOW, THEREFORE, IT IS HEREBY ORDERED that:**

(1) Defendants' Motion to Compel (Doc. No. 24) is GRANTED;

(2) Plaintiff shall sign the medical release form sent to him by defense counsel (also attached to this Order) and send it back to defense counsel, Scott D. MacLatchie at Womble Carlyle Sandridge & Rice, 301 S. College Street, Ste 3500 Charlotte, N.C. 28202, within (20) twenty days of the date of this Order. Failure to return the medical release form within (20) twenty days of the date of this Order will result in dismissal of the Complaint;

(3) The Clerk shall send a copy of Exhibit A (Authorization for Release of Personal Health Information) to Document No. 24 to Plaintiff as an attachment to this Order.

**SO ORDERED**.

Signed: August 25, 2008

Graham C. Mullen
United States District Judge