IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08-CV-13-MU

| | |
|---|---|
| **DANNY RAY BRIDGES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **CHAD MURRAY, et. al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motions for the Appointment of Counsel. (Doc. Nos. 30 and 32); Plaintiff's Motion to Compel (Doc. No. 34); Plaintiff's Motion for Discovery and for Depositions (Doc. Nos. 28 and 29) and Plaintiff's Motion to Amend (Doc. No. 27).[1]

The Court will grant Plaintiff's requests for counsel and appoints Ms. Annette Ebright and Ms. Jasmine Marchant of Mayer Brown Rowe & Maw LLP to represent Plaintiff. The Court directs that counsel file a Notice of Appearance as soon as possible.

With respect to Plaintiff's outstanding discovery motions and his motion to amend, the Court will deny such motions without prejudice. Plaintiff's newly appointed counsel can file any appropriate motions on his behalf.

**IS IT, THEREFORE, ORDERED:**

---

[1] Although Plaintiff captions this motion as a motion to amend, he does not actually seek to amend his Complaint. Instead , he asks the Court to allow him to amend any errors that he may have made.

1

1) That Plaintiff's Motions for the Appointment of Counsel (Doc. Nos. 30 and 32) are granted. The Court appoints Ms. Annette Ebright and Ms. Jasmine Marchant of Mayer Brown Rowe & Maw LLP to represent Plaintiff. The Court directs that counsel file a Notice of Appearance as soon as possible;

2) Plaintiff's Motion to Compel (Doc. No. 34); Plaintiff's Motion for Discovery and for Depositions (Doc. Nos. 28 and 29) and Plaintiff's Motion to Amend (Doc. No. 27) are denied without prejudice.

**SO ORDERED.**

Signed: October 2, 2008

Graham C. Mullen
United States District Judge