IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08-CV-13-MU

| | |
|---|---|
| DANNY RAY BRIDGES,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CHAD MURRAY, et. al.,  )<br>)<br>Defendants.  )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court on its own motion. Plaintiff's counsel has advised the Court that the parties request 90 days for discovery. That time frame is agreeable to the Court. Counsel for both parties are directed to report the status of the case to the Court at the expiration of 90 days..

**IS IT, THEREFORE, ORDERED** that the parties are directed to report the status of the case to the Court at the expiration of 90 days .

**SO ORDERED.**

Signed: October 22, 2008

Graham C. Mullen
United States District Judge