IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV13-3-MU

| | |
|---|---|
| DANNY RAY BRIDGES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| CHAD MURRAY, et al., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on the Joint Status Report filed April 20, 2009 (Doc. No. 54.) According to Joint Status Report, the parties request an additional 90 days to complete discovery and state that they will report their progress to the Court on July 20, 2009.

The Court finds that the parties have established good cause for the additional 90 days to complete discovery.

**IT IS, THEREFORE, ORDERED** that the parties shall have an additional 90 days to complete discovery and the parties shall report their progress to the Court on July 20, 2009.

**SO ORDERED**.

Signed: April 23, 2009

Graham C. Mullen
United States District Judge