IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV13-3-MU

| | |
|---|---|
| DANNY RAY BRIDGES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CHAD MURRAY, et al., )<br>)<br>    Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court on the Joint Status Report filed July 20, 2009, (Doc. No. 59.) According to Joint Status Report, the parties request an additional 90 days to complete discovery and state that they will report their progress to the Court on October 20, 2009.

The Court finds that the parties have established good cause for the additional 90 days to complete discovery.

**IT IS, THEREFORE, ORDERED** that the parties shall have an additional 90 days to complete discovery and the parties shall report their progress to the Court on October 20, 2009.

**SO ORDERED**.

Signed: July 27, 2009

Graham C. Mullen
United States District Judge