IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08-CV-13-MU

| DANNY RAY BRIDGES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| CHAD MURRAY, et. al., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on the Joint Status Report filed October 20, 2009, (Doc. No. 61.) According to the Joint Status Report, the parties request an additional 45 days to complete discovery. The parties expect that at the expiration of the 45 day, the parties will be ready to have the Court set a trial date. The time frame is agreeable to the Court. Counsel for both parties are directed to report back to the Court at the expiration of 45 days to confirm that the parties are ready to set a trial date. If a status conference is appropriate at that time, counsel shall so advise the Court and the Court will hold such a hearing.

**IS IT, THEREFORE, ORDERED** that the parties are directed to report back to the Court at the expiration of 45 days to discuss the status of the case.

**SO ORDERED.**

Signed: October 21, 2009

Graham C. Mullen
United States District Judge