# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08-CV-13-MU

| | |
|---|---|
| **DANNY RAY BRIDGES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **CHAD MURRAY, et. al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on the Joint Status Report filed January 21, 2010, (Doc. No. 66.) According to the Joint Status Report, the parties have completed discovery and the case is ready for a pretrial conference. The Court instead will direct that the case be scheduled for a Judicial Settlement Conference before Magistrate Judge David C. Keesler. In order that the parties are prepared for that conference, the Court directs that Plaintiff's counsel, Mr. Rodney Alexander, confer with the Plaintiff and obtain settlement authority. After Mr. Alexander has consulted with his client, but not later than March 17, 2010, both counsel shall jointly contact Judge Keesler's chambers to schedule a date for the Judicial Settlement Conference. Defendant's counsel, Mr. Scott MacLatchie, shall appear at the Judicial Settlement Conference with Deputy Aldridge and a representative with settlement authority.

**SO ORDERED**.

Signed: February 3, 2010

*/s/ Graham C. Mullen*

Signed: February 3, 2010

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge

cc: Magistrate David C. Keelser