UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:08CV13-GCM

| | |
|---|---|
| DANNY RAY BRIDGES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CHAD MURRAY, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Pursuant to the Honorable Graham C. Mullen's Order (Document No. 67), the undersigned will conduct a Judicial Settlement Conference on **Wednesday, May 12, 2010** beginning at 9:30 a.m. The conference will be held in Courtroom #3 of the Charlotte courthouse.

**SO ORDERED**.

Signed: March 17, 2010

David C. Keesler
United States Magistrate Judge

-1-