# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO.: 1:08-CV-13-GCM

| | |
|---|---|
| DANNY RAY BRIDGES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CHAD MURRAY, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Unopposed Motion To Allow Plaintiff To Participate In Judicial Settlement Conference By Telephone" (Document No. 69) filed May 5, 2010. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the motion, noting consent of all parties, and for good cause shown, the undersigned will <u>grant</u> the motion with modification. Plaintiff will be allowed to participate in the opening session of the Judicial Settlement Conference by telephone conference, beginning at 9:30 AM. After the opening statements by the parties and the undersigned, any further communication with Plaintiff will only be allowed through his counsel. Such additional communication is the responsibility of Plaintiff's counsel and must be convenient with the North Carolina Department of Correction, and shall not disrupt or delay any ongoing negotiations at the Judicial Settlement Conference.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Unopposed Motion To Allow Plaintiff To Participate In Judicial Settlement Conference By Telephone" (Document No. 69) is **GRANTED**.

**SO ORDERED**.

Signed: May 6, 2010

David C. Keesler
United States Magistrate Judge