# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 1:08CV13

| | |
|---|---|
| DANNY RAY BRIDGES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEITH BYERS, CHAD MURRAY, )<br>KELLY ALDRIDGE, JOHN DOES, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

To: The Secretary of Corrections, North Carolina Department of Correction, Raleigh, NC

To: U.S. Marshal, Western District of North Carolina

To: Administrator, Alexander Correctional Institution
    633 Old Landfill Road
    Taylorsville, NC 28681

**THIS MATTER** is before the Court upon its own Motion. The matter is hereby set for trial for the December 6, 2010 term at 10:00 AM in Courtroom 3, 401 W. Trade St. Charlotte, North Carolina 28202. The North Carolina Department of Corrections is ordered to transport the Plaintiff, Danny Ray Bridges (inmate #0044717, DOB 4/14/1960), so that he may be present for the conduct of such trial. The Department is further ordered to notify the United States Marshal for the Western District of North Carolina of the transportation schedule for the Plaintiff, so that arrangements may be made to secure the Plaintiff.

Signed: September 2, 2010

Graham C. Mullen
United States District Judge